IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARISTEA L. MONTANO-VALDEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-3078 |
| WELLS FARGO BANK, N.A., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On January 8, 2014, the court granted the defendant's motion to dismiss the case for failure to state a claim with leave to amend and ordered the plaintiff to amend the complaint no later than January 31, 2014. (Docket Entry No. 5). On January 9, 2014, the court ordered the parties to appear for an initial conference on February 26, 2014. Plaintiff failed both to amend the complaint and to appear for the initial conference as this court ordered. This case is dismissed, with prejudice, for failure to amend the complaint within the court-ordered deadline, for failure to enter an appearance in or request a reset of the court-ordered conference, and for failure to use diligence to prosecute this case.

SIGNED on March 7, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge